THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | : <br> : <br> : | |
| v. | : | Criminal Action No. 08-*125-M* |
| JORGE MEJIAS, | : <br> : | |
| Defendant. | : | |

## MOTION AND ORDER FOR ARREST WARRANT

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edward J. McAndrew, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court for the issuance of an arrest warrant against the Defendant, Jorge Mejias, pursuant to a criminal complaint filed against him on July 24, 2008.

                                    COLM F. CONNOLLY
                                    United States Attorney

                            BY:     _____
                                    Edward J. McAndrew
                                    Assistant United States Attorney

Dated: July 24, 2008

**AND NOW**, this __*24*__ day of __*July*__, 2008, based upon the foregoing Motion, **IT IS ORDERED** that an arrest warrant be issued for the arrest and apprehension of Jorge Mejias.

_____
HONORABLE MARY PAT THYGNE
United States Magistrate Judge